UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>AARON JACKSON,<br><br>　　　　　　　　Defendant. | Case No.: 19-CR-0447-W<br><br>**ORDER DENYING SECOND MOTION TO RECONSIDER REQUEST FOR COMPASSIONATE RELEASE UNDER 18 U.S.C. § 3582(c)(1)(A)** |

On August 3, 2020, this Court denied Defendant Aaron Jackson's motion for reconsideration of its July 6, 2020 denial of his motion to reduce his sentence of imprisonment under 18 U.S.C. § 3582(c)(1)(A). Defendant now moves the Court to reconsider these denials based on the increased number of positive COVID-19 tests at Defendant's facility, FCI Beckley, and the suspension of the RDAP program.

"Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993).

1

1  As noted in the Court's July 6, 2020 Order, Defendant's medical ailments do not constitute an "extraordinary and compelling reason" warranting a reduction in sentence under the United States Sentencing Commission Guidelines. [Doc. 48.] Neither an increased number of positive COVID-19 tests at Defendant's facility nor the temporary suspension of RDAP shift that analysis.

Therefore, Defendant's motion to reconsider this Court's denial of Defendant's motion for compassionate release and his first motion to reconsider is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 7, 2021

Hon. Thomas J. Whelan
United States District Judge